**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD D. ALPHONSE,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 04-6030** |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of the Social** | : | |
| **Security Administration,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW,** this 21st day of December, 2005, after careful and independent consideration

of the parties' cross- motions for summary judgment [Doc. #8 and 9], and upon review of the

Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells, to which there

were no objections filed, it is hereby **ORDERED** that:

1.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.   The Commissioner's Motion for Summary Judgment is **DENIED**;

3.   The Plaintiff's Motion for Summary Judgment is **DENIED** in part and

     **GRANTED** in part; and

4.   The matter is **REMANDED** to the Commissioner to: 1) properly re-evaluate the

     evidence in light of the findings of the Report and Recommendation, giving

     Plaintiff's subjective complaints and the opinions of his treating providers the

     deference required by law and regulation; 2) reassess and fully explain whether

     Plaintiff's impairments meet or equal a listed impairment; 3) if necessary, re-

     evaluate Plaintiff's residual functional capacity, and submit a complete and

     accurate hypothetical question to a vocational expert; and 4) thoroughly explain

the new decision.

5.    The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

It is so **ORDERED.**

                              **BY THE COURT:**


                              **/S/ Cynthia M. Rufe**

                              _____

                              **CYNTHIA M. RUFE, J.**